AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
July 01, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____LRT_____
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Villa-Denova | ) Case No. **1:22-MJ-00597-SH** |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 25, 2022__ in the county of __Travis__ in the __Western__ District of __Texas__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(5) | Possession of Firearm by illegal alien |

This criminal complaint is based on these facts:

**See attached Affidavit.**

☑ Continued on the attached sheet.

*Complainant's signature*

Nathan Sheldon, ATF Special Agent
*Printed name and title*

Sworn to me by telephone under Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: __07/01/2022__

*Judge's signature*

City and state: __Austin, Texas__   United States Magistrate Judge Susan Hightower
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Nathan Sheldon, hereby depose and state the following:
1. I have been a Special Agent with ATF for sixteen (16) years. I have been a law enforcement official for nineteen (19) years. I am currently assigned to the Austin Field Office and am charged with investigating violations of federal law, including violations of the Gun Control Act of 1968, as amended (Title 18, United States Code, Sections 921 *et. seq.*), explosives, arson, alcohol, and tobacco laws. I am familiar with the unlawful act of an illegal alien in possession of firearms.

2. The following affidavit does not contain every fact known to me related to this investigation. Rather, it sets out facts demonstrating probable cause to believe that certain federal offenses have occurred. Dates and times are on or about, and communications are related in sum and substance. I learned some or all of the facts in this affidavit through communications with other law enforcement officers rather than personal observation.

3. I reviewed Austin Police Department (APD) General Offense Report #2022-1751640, which revealed the following information:

4. On June 25, 2022, the Austin Police Department executed a search warrant at 7013 Craybrough Circle, Austin, Texas, 78724. Jose Villa-Denova lives at this address, which is within the Western District of Texas. As a result of the search, the following items were located in the attic of the residence:
    a. A Winchester, model: 94, .3030 caliber, rifle, SN: 4737023.
    b. A Marlin, model 60, .22 caliber rifle, SN: M173761.
    c. A Colt, model Combat Commander, .38 caliber pistol, SN: F02720
    d. A CZ, model 75D, 9mm caliber pistol, SN: A598204
    e. Beretta, model 92FS, 9mm caliber pistol, SN: A0805372

5. Villa-Denova told Investigating Detectives that he had two rifles in the attic which were wrapped in a blanket. He said he occasionally used these rifles to go shooting at a ranch. When asked if he had any handguns, Villa-Denova stated that he thought he had two handguns which were also stored in the attic.

6. On July 1, 2022, Villa-Denova was interviewed by an Immigration Agent. During the interview, Villa-Denova admitted to being in the United States illegally. He stated he illegally crossed into the United States near Eagle, Pass Texas in 1997.

7. I have consulted with ATF Special Agent John Lora, who is a qualified expert in the identification of firearms and the date and place of manufacture of firearms. SA Lora subsequently determined that the firearms described above were previously manufactured outside of the State of Texas, and therefore the firearms travelled in and affected interstate and/or foreign commerce prior to their recovery in the Western District of Texas.

8. Based on the facts and circumstances stated herein, I have probable cause to believe that on or about June 25, 2022 Jose Villa-Denova, unlawfully possessed firearms, said firearms having previously traveled in and affected interstate and/or foreign commerce. The alleged offenses are violations of Title 18 United States Code, Section 922(g)(5), Possession of a Firearm by an illegal alien.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Nathan Sheldon
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

Sworn to and subscribed to me by telephone under Rule 4.1 of the Federal Rules of Criminal Procedure on July 1, 2022.

Susan Hightower
United States Magistrate Judge
Western District of Texas